No. 1340. CHICAGO & SOUTHERN AIR LINES, INC. *v.* WATERMAN STEAMSHIP CORP.; and

No. 1371. CIVIL AERONAUTICS BOARD *v.* WATERMAN STEAMSHIP CORP. June 16, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit are granted. *R. Emmett Kerrigan* for petitioner in No. 1340. *Acting Solicitor General Washington* for petitioner in No. 1371. *Bon Geaslin* for respondent. Reported below: 159 F. 2d 828.

No. 1383. MEMPHIS NATURAL GAS CO. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Mississippi granted. *Edward P. Russell* for petitioner.

No. 1295. POWNALL ET AL. *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Leo R. Friedman* and *Jos. I. McMullen* for petitioners. *Acting Solicitor General Washington* for the United States.

No. 1391. ALEXANDER WOOL COMBING CO. *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Edward C. Park* for petitioner. *Acting Solicitor General Washington* for the United States.

No. 1427. LICHTER ET AL., DOING BUSINESS AS SOUTHERN FIREPROOFING CO., *v.* UNITED STATES. June 16, 1947.

Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Paul W. Steer* for petitioners. *Acting Solicitor General Washington* for the United States.

No. 1395. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF CHURCH. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Acting Solicitor General Washington* for petitioner. *William W. Owens* for respondent.

No. 1123. HALEY *v.* OHIO. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Ohio granted. *E. L. Mills, Edgar W. Jones* and *D. Bruce Mansfield* for petitioner. *D. Deane McLaughlin, W. Bernard Rodgers* and *John Rossetti* for respondent.

No. 1377. LEE *v.* MISSISSIPPI. See *ante,* p. 795.

No. 1268. SHELLEY ET AL. *v.* KRAEMER ET UX. June 23, 1947. The petition for writ of certiorari to the Supreme Court of Missouri is granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Geo. L. Vaughn* and *Herman Willer* for petitioners. *Benjamin F. York* for respondents. *Luther Ely Smith* and *Victor B. Harris* filed a brief for the St. Louis Civil Liberties Committee, as *amicus curiae,* in support